IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

S. P., A MINOR, BY AND THROUGH
HER MOTHER AND NEXT FRIEND,
MARLAINA PARTLOW                                                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:19-cv-00215-SA-DAS

LIBERTY MUTUAL INSURANCE                                                                DEFENDANT

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a settlement of this case, and the Court, being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, is desirous that this matter be fully and finally closed on its docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED this, the 28th day of April, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ James R. Franks, Esq.
Wheeler & Franks Law Firm, P.C.
114 South Broadway Street
Tupelo, Mississippi 38802
Telephone: (662) 842-0380
Facsimile: (662) 842-7491
jfranks@wheelerfranks.com
*ATTORNEY FOR PLAINTIFFS*

/s/ Rajita Iyer Moss, Esq.
WELLS MARBLE & HURST, PLLC
P.O. Box 131
Jackson, MS 39205-0131
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
gcaraway@wellsmar.com
*ATTORNEY FOR DEFENDANT*